# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

ROBERT TAYLOR, : No. 59 EM 2021
:
Petitioner :
:
:
:
v. :
:
:
MOTIONS UNIT/CLERK OF COURTS, :
:
Respondent :

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of December, 2021, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus and the "Motion to Grant Relief Order" are DENIED.